~~SEALED~~

UNSEALED 12/11/08

FILED

08 DEC -9 PM 12:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO JAIMES GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | MAGISTRATE CASE NO. '08 MJ 3773 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1204 <br> International Parental Kidnapping |

The undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief:

On or about November 29, 2008, and continuing through the date of this complaint, in Tijuana, Mexico, defendant FRANCISCO JAIMES GONZALEZ did knowingly retain F.D.J and A.M.J, both United States citizens who had not attained the age of 16 years and who had been in the United States, specifically the Southern District of California, with the intention to obstruct the lawful exercise of the parental rights of Christina Marie Jaimes, a U.S. citizen, in violation of Title 18, United States Code, Section 1204(a).

And the complainant states that this complaint is based on the attached affidavit which is incorporated herein by reference.

_____
James B. Stinnett Jr., Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 9th DAY OF DECEMBER 2008.

_____
HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

1

CONTINUATION OF COMPLAINT:
UNITED STATES v. FRANCISCO JAIMES GONZALEZ

## AFFIDAVIT

I, James B. Stinnett Jr., Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, depose and say:

1. I am currently assigned to violent crimes investigations in the San Diego Field Division of the FBI. I have been a SA with the FBI for approximately four years. Prior to joining the FBI, I was employed as a Police Officer in Johnson City, Tennessee for approximately eight years. The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from interviewing the victim and other individuals and my review of relevant documents.

2. This affidavit is in support of a Complaint charging FRANCISCO JAIMES GONZALEZ ("GONZALEZ"), with violation of Title 18, United States Code, Section 1204(a), International Parental Kidnapping.

3. On November 30, 2008, at approximately 8:30 p.m., the affiant participated in a telephone call with Christina Marie Jaimes ("JAIMES"), a mother, who reported the International Parental Kidnapping of her two children, who are U.S. citizens, from the Tijuana, Baja, California, Mexico area by providing the following information:

   a. JAIMES and defendant GONZALEZ were married on or about February 13, 2003. They have two minor children, F.D.J., a two-year-old male and A.M.J, a one-year-old female.

   b. Until November 29, 2008, defendant GONZALEZ, JAIMES, F.D.J. and A.M.J. resided in an apartment located at Calle A Colonia Chula Vista #3709, Apartment 3, Tijuana, Baja, California, Mexico. The apartment was leased to defendant GONZALEZ. Defendant GONZALEZ' sister, Leticia Gonzalez, also resided at the apartment. JAIMES and the children resided at the apartment in Tijuana approximately 4-5 days a week and spent approximately 2-3 days a week in Lakeside, California.

c.      On November 29, 2008, JAIMES was returning from her Lakeside, California residence and La Mesa, California employment to the Tijuana apartment. She called GONZALEZ on his cellular telephone to advise him of her impending arrival. GONZALEZ answered and advised JAIMES that she should not go to the apartment because he, the minor children and his sister had vacated the premises. GONZALEZ further informed JAIMES that he would not bring the children back, nor would she ever see the children again. GONZALEZ stated he was afraid JAIMES would take the children to the United States to stay and that he would not see them because he has no legal right to enter the United States. GONZALEZ also stated that he would no longer answer his cellular telephone, nor would Leticia Gonzalez answer her cellular telephone(s). JAIMES found the apartment empty upon her arrival.

d.      JAIMES attempted to contact GONZALEZ through a text message. On December 5, 2008, GONZALEZ sent JAIMES a responsive text message stating that she would neither see the children again nor speak with them again.

4.      On December 5, 2008, the affiant received from JAIMES a temporary custody order issued on December 5, 2008 by the Honorable Lantz Lewis, Superior Court of California, San Diego County, East County Division, 250 East Main Street, El Cajon, California, granting JAIMES temporary custody of F.D.J. and A.M.J.

5.      FRANCISCO JAIMES GONZALEZ is described as follows:

| | |
|---|---|
| Race: | Hispanic/White |
| Sex: | Male |
| Date of Birth: | March 9, 1978 |
| Height: | 5'6" |
| Weight: | 160 pounds |
| Build: | Medium |
| Hair: | Black |
| Eyes: | Brown |

6.      As of December 9, 2009, GONZALEZ has not returned the children or allowed JAIMES to exercise her parental rights over the children.

7. Based upon the facts detailed therein, affiant has probable cause to believe FRANCISCO JAIMES GONZALEZ has violated Title 18, United States Code Section 1204(a) by committing International Parental Kidnapping.

The foregoing is true and correct to the best of my information and belief.

James B. Stinnett Jr.
Special Agent, FBI


Sworn to before me and subscribed in my presence this 9th day of December, 2008.

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

4