LAURA E. DUFFY
United States Attorney
DAVID D. LESHNER
Assistant U.S. Attorney
California State Bar No. 207815
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7921
david.leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

2012 AUG -3  PM 1:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANCISCO JAIMES GONZALEZ,<br><br>            Defendant. | Case No. 08MJ3773-AJB<br><br>UNITED STATES' MOTION TO DISMISS COMPLAINT AND RECALL ARREST WARRANT |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney and David D. Leshner, Assistant United States Attorney, and hereby moves to dismiss the Complaint in this matter without prejudice in the interests of justice and recall the arrest warrant.

DATED: August 2, 2012.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

/s/ David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney